# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00039-RFB-EJY |
| Plaintiff, | ORDER FOR PLACEMENT IN RESIDENTIAL RE-ENTRY CENTER |
| v. | |
| JAMES GUZMAN, | |
| Defendant. | |

Presently before the court is the matter of U.S. v. EJY. On January 8, 2020, this court held a status conference hearing for regarding the conditions of supervision release. All previously ordered conditions to remain in effect; the Court agreed to the following additions and modifications to the conditions and terms of supervision:

1. Reside at Residential Re-entry Center - You will reside at and participate in the program of a residential re-entry center until June 1, 2020.
2. Substience fee is waived.

IT IS SO ORDERED this 9th day of January, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE